IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-mc-061-WDM

RONALD COSBY,

    Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION AND
JIM FULLER, Deputized Federal Officer

    Defendants.

_____

**ORDER**
_____

    This matter is before the court on the Plaintiff's Response to the Court's Order to Show Cause. After review it is ordered that the plaintiff is given until October 21, 2005, to pay the $250 filing fee, which shall be submitted to the attention of Stephen P. Ehrlich, Chief Deputy Clerk. Failure to comply with this order will lead to dismissal without further notice.

    DATED at Denver, Colorado, on October 4, 2005.

                                              BY THE COURT:

                                              /s/ Walker D. Miller
                                              United States District Judge

PDF FINAL