IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-mc-061-WDM

RONALD COSBY,

    Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION AND
JIM FULLER, Deputized Federal Officer

    Defendants.

_____

**ORDER**
_____

    On October 4, 2005, I entered an order requiring the plaintiff to pay the filing fee on or before October 21, 2005. The plaintiff has failed to comply with my order. Therefore, it is

    ORDERED that this matter is dismissed.

    DATED at Denver, Colorado, on November 21, 2005.

                                        BY THE COURT:


                                        /s/ Walker D. Miller
                                        United States District Judge

PDF FINAL